**Robert S. KIDD, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2007–3290.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2008.

Robert S. Kidd, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**SKYLINE SOFTWARE SYSTEMS, INC., Plaintiff–Appellant,**

v.

**KEYHOLE, INC. and Google Inc., Defendants–Appellees.**

No. 2007–1366.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2008.

ON MOTION

*ORDER*

Upon consideration of the parties' motion to remand to the United States District Court for the District of Massachusetts,

IT IS ORDERED THAT:

(1) The motion to remand is granted. Any other pending motions are deemed moot.

(2) All sides shall bear their own costs.